**FILE COPY**



# Court of Appeals

### Seventh District of Texas
### Potter County Courts Building
### 501 S. Fillmore, Suite 2-A
### Amarillo, Texas 79101-2449
### www.txcourts.gov/7thcoa.aspx

BRIAN QUINN
Chief Justice

JAMES T. CAMPBELL
Justice

MACKEY K. HANCOCK
Justice

PATRICK A. PIRTLE
Justice

VIVIAN LONG
Clerk

MAILING ADDRESS:
P. O. Box 9540
79105-9540

(806) 342-2650

August 25, 2016

Walter M. Reaves, Jr.
LAW OFFICE OF WALTER M.
REAVES, PC
100 North 6th Street, Suite 802
Waco, TX 76701
* DELIVERED VIA E-MAIL *

Abel Reyna
Gabriel Price
Sterling A. Harmon
District Attorney's Office
219 North 6th Street, Suite 200
Waco, TX 76701
* DELIVERED VIA E-MAIL *

**RE:**   Case Numbers:  07-15-00009-CR, 07-15-00259-CR
Trial Court Case Number: 20134973CR1

**Style:** Tony Harrell-MacNeil v. The State of Texas

Dear Counsel:

The Court this day issued an opinion and judgment in the captioned causes. TEX. R. APP. P. 48.

In addition, pursuant to Texas Government Code, Sec. 51.204(b)(2), exhibits on file with this Court, **if any**, will be destroyed three years after final disposition of the case or at an earlier date if ordered by the Court.

Very truly yours,

*Vivian Long*

VIVIAN LONG, CLERK

xc:   Honorable Mike Freeman (DELIVERED VIA E-MAIL)
Andy Harwell (DELIVERED VIA E-MAIL)